UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

MARY DENISE BRILL GALINDO,

Plaintiff,

v.

Case No: 26-cv-5090

MISSOURI HIGHER EDUCATION LOAN AUTHORITY (MOHELA);
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANSUNION LLC;
EQUIFAX INFORMATION SERVICES LLC,

Defendants.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
UNDER THE FAIR CREDIT REPORTING ACT
(JURY TRIAL DEMANDED)

## 1. JURISDICTION AND VENUE

1. This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331.

3. Venue is proper in the District of South Dakota because Plaintiff resides in Spearfish, South Dakota, and the harm occurred in this district.

## 2. PARTIES

4. Plaintiff, Mary Denise Brill Galindo, is a natural person residing in Spearfish, South Dakota.

5. Defendant Missouri Higher Education Loan Authority ("MOHELA") is a student loan servicer and furnisher of credit information.

6. Defendant Experian Information Solutions, Inc. is a consumer reporting agency within the meaning of 15 U.S.C. § 1681a.

7. Defendant TransUnion LLC is a consumer reporting agency.

8. Defendant Equifax Information Services LLC is a consumer reporting agency.

3. FACTUAL ALLEGATIONS

9. Plaintiff incurred a student loan account associated with enrollment at Pueblo Community College prior to January 2018.

10. Plaintiff withdrew from the institution in or about January 2018 and did not receive or benefit from any additional loan disbursements thereafter.

11. Plaintiff filed for bankruptcy in the United States Bankruptcy Court for the District of Colorado, Case No. 19-11759-TBM, which was closed on July 18, 2019.

12. Despite the bankruptcy and Plaintiff's withdrawal from school, Defendants continued to report inaccurate, misleading, and derogatory information related to the alleged loan account.

13. From 2019 through June 2026, Plaintiff submitted multiple disputes to Defendants challenging the validity and accuracy of the account, both directly and through consumer reporting agencies.

14. Plaintiff also filed complaints with federal agencies, including Federal Student Aid, regarding identity theft and inaccurate reporting.

15. Upon information and belief, Defendants verified and continued to report the disputed information after receiving notice of disputes.

16. On or about June 13, 2026, Plaintiff sent final demand letters via certified mail to all Defendants requesting deletion of the inaccurate information.

17. Defendants failed and/or refused to correct or delete the reporting.

4. HARDSHIP AND DAMAGES

18. During the relevant time period, Plaintiff experienced severe

hardship due to the COVID-19 pandemic.

19. Plaintiff became seriously ill and required recovery, and her household also experienced additional illness and instability.

20. Plaintiff and her household were subjected to identity theft and fraudulent activity, including unauthorized financial account access and loss of benefits.

21. Plaintiff suffered financial loss, including loss of housing, personal property, and financial stability.

22. Plaintiff made repeated good-faith efforts over multiple years to resolve these issues, but Defendants failed to act.

23. Plaintiff suffered prolonged financial hardship, emotional distress, and damage to her credit reputation, including lowered credit scores and denial of credit opportunities.

24. Defendants' conduct demonstrates willful disregard for Plaintiff's rights under federal law.

5. CLAIMS

COUNT I — FCRA VIOLATIONS (ALL DEFENDANTS)

25. Plaintiff incorporates all prior paragraphs.

26. Defendants failed to conduct reasonable investigations after notice of disputes, in violation of 15 U.S.C. § 1681i.

27. Defendants reported inaccurate information and failed to ensure maximum possible accuracy, in violation of 15 U.S.C. § 1681e(b).

28. Defendants failed to delete or correct inaccurate or unverifiable data.

29. These violations were willful and/or negligent.

COUNT II — FURNISHER LIABILITY (MOHELA)

30. Plaintiff incorporates all prior paragraphs.

31. Defendant MOHELA furnished inaccurate information.

32. MOHELA failed to correct such information after notice of disputes.

33. This conduct violates 15 U.S.C. § 1681s-2.

34. MOHELA's actions were willful and/or negligent.

6. DAMAGES

35. As a result of Defendants' conduct, Plaintiff suffered:

- Credit denials
- Financial hardship
- Loss of housing and property
- Lowered credit scores
- Emotional distress

36. Plaintiff is entitled to:

- Actual damages
- Statutory damages
- Punitive damages
- Costs of litigation

7. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests:

A. Immediate deletion of inaccurate credit reporting;

B. Monetary damages;

C. Costs of litigation;

D. Any further relief the Court deems just and proper.

8. JURY DEMAND

------------------------------------

(Continuation of Section 3 - Factual Allegations)

SUPPLEMENTAL FACTUAL ALLEGATION

17A. Plaintiff further alleges that Defendant Missouri Higher Education Loan Authority ("MOHELA") improperly consolidated a loan originating in approximately 2017 with a purported 2025 loan that was cancelled or otherwise invalid.

17B. The inclusion of such invalid or disputed debt in a consolidated account resulted in inaccurate and misleading reporting to consumer reporting agencies.

17C. Plaintiff did not authorize or benefit from the alleged 2025 loan, and its inclusion in a consolidated obligation has caused ongoing reporting inaccuracies and financial harm.

17D. As a result of this improper consolidation, Plaintiff has suffered additional credit damage, financial hardship, and continued reporting of debt that is not valid or verifiable.

------------------------------------
... Paragraph 15
... Paragraph 16
... Paragraph 17


... Section 4 (Hardship and Damages)

------------------------------------

(Continuation of Section 3 - Factual Allegations)

SUPPLEMENTAL FACTUAL ALLEGATION

17E. Plaintiff further states that she was not enrolled in any educational institution and did not attend school at any time from approximately 2018 through May 26, 2026.

17F. Plaintiff did not apply for, receive, or benefit from any federal student loan funds during that period.

17G. Any loan activity, account changes, or consolidation inputs associated with this timeframe were unauthorized, erroneous, or otherwise invalid.

17H. The inclusion of such activity in Plaintiff's loan history contributed to inaccurate reporting, improper consolidation, and ongoing financial harm.

------------------------------------

Plaintiff demands a trial by jury on all issues so triable.


DATED: July 13, 2026

Mary Denise Brill Galindo
212 Lariat Ct
Spearfish, SD 57783
Phone: 323-400-7803


_____

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

(b) County of Residence of First Listed Plaintiff MARY DENISE BRILL
*(EXCEPT IN U.S. PLAINTIFF CASES)* GALINDO

County of Residence of First Listed Defendant MOHELA ET. ALL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
PRO se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability / ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Pharmaceutical Slander Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ .52 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets Act of 2016 | ☒ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | Injury / ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Product Liability | Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | Medical Malpractice | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | Act |
| ☐ 220 Foreclosure | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
CONSUMER CREDIT 15 US 1681 et. seq.

Brief description of cause:
FAIR CREDIT REPORTING acts Violations Failor To

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint: ☐ ANYest
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 7-21-26
SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____